NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**FRANCIA HIRMIZ, PETER HIRMIZ, AS BEST FRIENDS OF THEIR DAUGHTER, J.H.,**
*Petitioners-Appellants*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee*

---

2015-5043

---

Appeal from the United States Court of Federal Claims in No. 1:06-vv-00371-CFL, Judge Charles F. Lettow.

---

**JUDGMENT**

---

JOHN FRANCIS MCHUGH, Law Office of John McHugh, New York, NY, argued for appellants.

VORIS EDWARD JOHNSON, JR., Vaccine/Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BENJAMIN C. MIZER, RUPA BHATTACHARYYA, VINCENT J. MATANOSKI, GABRIELLE M. FIELDING.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 19, 2015                    /s/ Daniel E. O'Toole
     Date                                    Daniel E. O'Toole
                                      Clerk of Court